IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Esquinca, Antonio

Printed: 9/23/08

Case Number: 04 B 09686
Judge: Hollis, Pamela S
Filed: 3/11/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: August 28, 2008
Confirmed: June 7, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 16,697.00 |  |
| Secured: |  | 11,297.28 |
| Unsecured: |  | 2,667.41 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,800.00 |
| Trustee Fee: |  | 866.77 |
| Other Funds: |  | 65.54 |
| Totals: | 16,697.00 | 16,697.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 1,800.00 | 1,800.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 11,297.28 | 11,297.28 |
| 4. | Chase Manhattan Mortgage Corp | Unsecured | 550.00 | 550.00 |
| 5. | Chase Manhattan Mortgage Corp | Unsecured | 200.00 | 200.00 |
| 6. | Capital One | Unsecured | 1,017.06 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 188.04 | 188.04 |
| 8. | ECast Settlement Corp | Unsecured | 1,729.37 | 1,729.37 |
|  |  |  | $ 16,781.75 | $ 15,764.69 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 75.27 |
| 6.5% | 160.09 |
| 3% | 28.95 |
| 5.5% | 154.77 |
| 5% | 48.26 |
| 4.8% | 91.19 |
| 5.4% | 308.24 |
|  | $ 866.77 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Esquinca, Antonio

Printed:  9/23/08

Case Number:  04 B 09686
Judge:  Hollis, Pamela S
Filed:  3/11/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

